# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOHN STORK,<br><br>          Plaintiff<br><br>     vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC, AND, Does 1-10 inclusive,<br><br>          Defendants | Case No.: 2:21-cv-00068-KJM-DMC<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |

The Court, having reviewed the Second Stipulation to Extend Time to Respond to Initial Complaint and GOOD CAUASE APPEARING, rules as follows:

Defendant NewRez LLC's response to the Complaint shall be filed on or before March 26, 2021.

IT IS SO ORDERED.

DATED: February 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

— 1 —
ORDER