**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN STORK, | No. 2:21-CV-0068-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| NEWREZ LLC, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Due the continued closure of the courthouses in the Eastern District of California to the public, the parties shall appear at the scheduling conference set before the undersigned on June 2, 2021, at 10:00 a.m., by telephone. Counsel shall arrange their appearances through CourtCall.

Accordingly, IT IS HEREBY ORDERED that:

1.     Defendant Newrez LLC's request, ECF No. 24, for telephonic appearance is construed as a motion;

2.     So construed, Defendant Newrez LLC's motion is granted; and

3.     The parties shall appear telephonically via CourtCall.

Dated: May 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1